UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ANDRADE, EMERSON A. § Case No. 11-40979
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn, 7th Floor
      Chicago, Illinois 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
      10:30 a.m.
      on January 22, 2013
      in Courtroom 644, U.S. Courthouse
      219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth S. Gardner
                    Clerk of the US Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
ANDRADE, EMERSON A.  §   Case No. 11-40979
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 4,896.55 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of[1] | $ 4,896.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,224.14 | $ 0.00 | $ 1,224.14 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,224.14 |
| Remaining Balance | | | $ 3,672.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,909.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,694.03 | $ 0.00 | $ 314.27 |
| 000002 | Discover Bank | $ 1,751.46 | $ 0.00 | $ 71.54 |
| 000003 | FIA CARD SERVICES, N.A. | $ 27,790.52 | $ 0.00 | $ 1,135.12 |
| 000004 | Capital One Bank (USA), N.A. | $ 22,797.38 | $ 0.00 | $ 931.17 |
| 000005 | Capital One Bank (USA), N.A. | $ 5,105.93 | $ 0.00 | $ 208.55 |
| 000006 | American Express Bank, FSB | $ 24,770.20 | $ 0.00 | $ 1,011.76 |

Total to be paid to timely general unsecured creditors    $ 3,672.41

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                    Case No. 11-40979-PSH
Emerson A. Andrade                                        Chapter 7
        Debtor
                           CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte              Page 1 of 2              Date Rcvd: Dec 20, 2012
                              Form ID: pdf006             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2012.
db           +Emerson A. Andrade,    7700 Leamington Avenue,    Burbank, IL 60459-1677
17900167      American Express,    Box 0001,   Los Angeles, CA 90096-8000
18880548      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17900168      Andrade Transportation Corporation,    7700 Leamington Avenue,    Burbank, IL 60459-1677
17900170     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
18627463      Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
17900171     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17900172     +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
18588002      FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18525996      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2012 01:06:32     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17900174     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2012 01:06:32     Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17900169     ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
17900173     ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: arodarte            Page 2 of 2              Date Rcvd: Dec 20, 2012
                              Form ID: pdf006           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2012 at the address(es) listed below:
          Joseph A Baldi, Tr   jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          William P Drew, III   on behalf of Debtor Emerson A. Andrade billdrew@sbcglobal.net
                                                                                                     TOTAL: 3