UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
ANDRADE, EMERSON A. § Case No. 11-40979
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee_____
                                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE |  |  |  |  |  |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - ANDRADE
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-40979 | PSH | Judge: Pamela S. Hollis | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | ANDRADE, EMERSON A. | | | | Date Filed (f) or Converted (c): | 10/07/11 (f) |
| | | | | | 341(a) Meeting Date: | 11/10/11 |
| For Period Ending: | 03/18/13 | | | | Claims Bar Date: | 05/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE AT 7700 LEAMINGTON AVENUE; | 286,600.00 | 0.00 | | 0.00 | FA |
| 2. ARCHER BANK CHECKING ACCOUNT | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. CHASE BANK | 12.00 | 0.00 | | 0.00 | FA |
| 4. CHASE SAVINGS | 0.00 | 0.00 | | 0.00 | FA |
| 5. 1/2 OF ONE LOT OF HOUSEHOLD GOODS AND FURNISHINGS | 2,999.00 | 0.00 | | 0.00 | FA |
| 6. NECESSARY WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 7. DEBTOR CASH VALUE IN ALLSTATE LIFE INS. POLICY AS | 8,341.19 | 0.00 | | 0.00 | FA |
| 8. HUSBAND - LIFE POLICY THROUGH PLACE OF EMPLOYMENT | 100.00 | 0.00 | | 0.00 | FA |
| 9. GERBER WHOLE LIFE INSURANCE - SON INSURED WITH WIF | 755.70 | 0.00 | | 0.00 | FA |
| 10. BRIGHT START ACCOUNT STATEMENT | 296.07 | 0.00 | | 0.00 | FA |
| 11. COLLEGE BOUND FUND F/B/O OF (MINOR DAUGHTER) | 6,942.06 | 0.00 | | 0.00 | FA |
| 12. COLLEGE BOUND FUND FOR (ADULT SON) | 49.62 | 0.00 | | 0.00 | FA |
| 13. FIDELITY 401K | 104,777.70 | 0.00 | | 0.00 | FA |
| 14. S CORP/EMERSON TRANSPORTATION CORPORATION | 1.00 | 0.00 | | 0.00 | FA |
| 15. HUSBAND - OFFICE FURNISHINGS AND SUPPLIES IN BASEM | 500.00 | 0.00 | | 0.00 | FA |
| 16. GARDEN EQUIPMENT - LAWN MOWER AND SNOW BLOWER | 200.00 | 0.00 | | 0.00 | FA |
| 17. Tax Refunds (u) | 0.00 | 4,896.55 | | 4,896.55 | FA |
| Trustee recovered Esttate's interest in tax refund | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $412,874.34 | $4,896.55 | | $4,896.55 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

Ver: 17.01

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

**FORM 1 - ANDRADE**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 11-40979   PSH   Judge: Pamela S. Hollis | Trustee Name:   Joseph A. Baldi, Trustee |
| Case Name: ANDRADE, EMERSON A. | Date Filed (f) or Converted (c):  10/07/11 (f) |
| | 341(a) Meeting Date:  11/10/11 |
| | Claims Bar Date:  05/22/12 |

Initial Projected Date of Final Report (TFR): 01/31/13      Current Projected Date of Final Report (TFR): 01/31/13

/s/   Joseph A. Baldi, Trustee
_____   Date: 03/18/13
        JOSEPH A. BALDI, TRUSTEE

FORM 2 - ATTACHMENT B

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-40979 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | ANDRADE, EMERSON A. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6526 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8957 | | |
| For Period Ending: | 03/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/12 | 17 | EMERSON ANDRADE<br>7700 Leamington Ave<br>Burbank, IL 60459 | TAX REFUND | 1224-000 | 4,896.55 | | 4,896.55 |
| 01/23/13 | 001001 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation | 2100-000 | | 1,224.14 | 3,672.41 |
| 01/23/13 | 001002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 4.08460% | 7100-000 | | 314.27 | 3,358.14 |
| 01/23/13 | 001003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 4.08459% | 7100-000 | | 71.54 | 3,286.60 |
| 01/23/13 | 001004 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000003, Payment 4.08456% | 7100-000 | | 1,135.12 | 2,151.48 |
| 01/23/13 | 001005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 4.08455%<br>(4-1) Modified on 3/16/12 to<br>correct creditor's address. (ac) | 7100-000 | | 931.17 | 1,220.31 |
| 01/23/13 | 001006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 4.08447% | 7100-000 | | 208.55 | 1,011.76 |
| 01/23/13 | 001007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001 | Claim 000006, Payment 4.08459%<br>(6-1) CREDIT CARD DEBT | 7100-000 | | 1,011.76 | 0.00 |
| | | | Page Subtotals | | 4,896.55 | 4,896.55 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2 - AMENDED

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-40979 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | ANDRADE, EMERSON A. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******6526 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8957 | | | |
| For Period Ending: | 03/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Malvern, PA 19355-0701 | | | | | |

|  |  | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 4,896.55 | 4,896.55 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 4,896.55 | 4,896.55 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 4,896.55 | 4,896.55 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********6526 | 4,896.55 | 4,896.55 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 4,896.55 | 4,896.55 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*